Order issued October 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01259-CV

## DELCOM GROUP, LP, Appellant

## V.

## DALLAS INDEPENDENT SCHOOL DISTRICT AND
## R.L.S. INTERESTS, INC. D/B/A PRIME SYSTEMS, INC., Appellees

## ORDER

Before Justices O'Neill, Francis, and Murphy

Appellant's September 4, 2012 motion for rehearing is **DENIED**.

MOLLY FRANCIS
JUSTICE